UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DUSTIN STANTON,<br><br>  Plaintiff,<br><br>v.<br><br>RUBY JOYNER, et al.,<br><br>  Defendants. | Case No. 3:19-cv-00270<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

The Magistrate Judge held a telephone conference with counsel for the parties on June 23, 2021. To allow counsel additional time to discuss issues raised in the conference, the conference is CONTINUED to June 25, 2021, at 2:00 p.m. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge